FILED'08 JUN 02 1557 USDC-LAE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

* * * * * * * * * * * * *

| | |
|---|---|
| JULIE DEMAHY | CIVIL ACTION NO. **08-3616** |
| VERSUS | SECTION **SECT. J MAG. 2** |
| WYETH, INC. D/B/A WYETH, INDIVIDUALLY AND AS SUCCESSSOR IN INTEREST OF A.H. ROBINS COMPANY, INC., SCHWARZ PHARMA, INC., AND ACTAVIS INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST OF PUREPAC PHARMACEUTICAL CO. | JURY TRIAL REQUESTED |

* * * * * * * * * * * * *

## NOTICE OF REMOVAL

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

    United States Courthouse
    New Orleans, Louisiana

Now comes Petitioner, Wyeth, through undersigned counsel, pursuant to 28 U.S.C. §§1441(a) and 1446, and files its Notice of Removal of this case from the 22nd Judicial District Court for the Parish of St. Tammany to the United States District Court for the Eastern District of Louisiana. Wyeth files this Notice of Removal with full reservation of any and all rights, defenses and objections, including but not limited to, insufficiency of process, insufficiency of service of process, lack of personal jurisdiction, improper venue,



Fee 350.

lack of procedural capacity, improper cumulation, no right of action, lack of standing, prescription, preemption, and no cause of action. The grounds for removal are as follows:

### Plaintiff's State Court Allegations

1.

A "Petition for Damages" was filed on April 28, 2008 against Wyeth, Inc. ("Wyeth"), Schwarz Pharma, Inc. ("Schwarz"), and Actavis Inc. ("Actavis") in the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, entitled, "Julie DeMahy v. Wyeth, Inc. d/b/a/ Wyeth, individually and as successor in interest of A.H. Robins Company, Inc., Schwarz Pharma, Inc. and Actavis Inc., individually and as successor in interest of Purepac Pharmaceutical Co.," docket no. 2008-12332. A copy of the Petition is attached as Exhibit "A." To the best knowledge of the undersigned counsel, this is the only document appearing in the state court record in this matter as of the date of filing of this Notice. No defendant has heretofore filed an answer to the state court action.

2.

The Petition names Wyeth, Inc. d/b/a/ Wyeth, individually and as successor in interest of A.H. Robins Company, Inc., Schwarz and Actavis, individually and as successor in interest of Purepac Pharmaceutical, as defendants. *See* Petition, p. 1.

3.

The Petition was served on May 15, 2008 upon Wyeth and Purepac/Actavis, and May 16, 2008 on Schwarz. The Petition was the first pleading received by any defendant setting forth the claim for relief upon which this action is based. A copy of the Citation is attached as Exhibit "B."

4.

On information and belief, as of the date of the filing of this removal, there have been no proceedings other than the filing and service of the Petition in the 22nd Judicial District Court, Parish of St. Tammany, State of Louisiana.

5.

Pursuant to 28 U.S.C. § 1446 (b), this Notice of Removal is timely filed within thirty (30) days of first receipt by any defendant of plaintiff's original state court pleading.

**Removal on Diversity Grounds**

6.

This civil action is a matter over which this Court has original jurisdiction by virtue of 28 U.S.C. § 1332, and is one that may be removed to this Court by Wyeth under the provisions of 28 U.S.C. § 1441(b) in that it is a civil action in which all properly joined defendants are diverse from plaintiff, plaintiff's claims involve an amount in controversy exceeding $75,000, exclusive of interest and costs, and all properly joined defendants have consented to removal.

7.

On information and belief, at the time plaintiff commenced this action in Louisiana state court and at the time of the filing of this Notice of Removal, plaintiff was and is a citizen of the State of Louisiana.

8.

At the time of filing plaintiff's Complaint, defendant Wyeth was and is now a Delaware corporation with its principal place of business in the State of New Jersey. Schwarz is a Delaware corporation with its principal place of business in Georgia. Actavis is a Delaware corporation with its principal place of business in New Jersey. Purepac

3

Pharmaceutical Co. is no longer in existence. Purepac was not headquartered in Louisiana nor did it have a principal place of business in Louisiana.

9.

Based on the foregoing and the allegations in the petition, there is complete diversity of citizenship between plaintiff and defendants.

**The Amount in Controversy**

10.

Although plaintiff pleads no specific amount of damages, in conformity with Louisiana Code of Civil Procedure article 893, the amount in controversy in this alleged products liability action clearly exceeds the sum or value of $75,000, exclusive of interest and costs. Evidence which supports that the required amount in controversy exceeds $75,000 is provided by plaintiff's Petition, which alleges that she developed tardive dyskinesia "which caused her to suffer serious, permanent and disabling neurological injuries." *See* Petition at ¶13. Plaintiff seeks damages for "medical and related expenses", "loss of income", "pain and suffering", "disability", "psychological injury" and physical and mental pain and suffering." *See* Petition, ¶14.

11.

Based on plaintiff's stated claims, it is clear that the amount in controversy is in excess of $75,000.00, exclusive of interests and costs.

4

## Consent

12.

Schwarz and Actavis have joined in and consented to this removal. *See* Exhibits "C" and "D."

## Other Matters

13.

Pursuant to 28 U.S.C. §1446, a copy of this Notice of Removal is being filed with the Clerk for the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana.

14.

Wyeth reserves the right to amend or supplement this Notice of Removal.

15.

This action is removable pursuant to 28 U.S.C. §1441(a) because Wyeth is removing this action to the District Court of the United States for the district and division embracing the place where the action is pending.

16.

Wyeth requests trial by jury of all issues.

**WHEREFORE,** Petitioner Wyeth hereby removes the action now pending against it in the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, bearing docket number 2008-12332, to this Honorable Court.

Respectfully submitted,

*[signature: Ann R. Koppel]*

MARTIN A. STERN, #17154, P.A.
ANN R. KOPPEL, #27252
**ADAMS AND REESE**
*A Professional Limited Liability Partnership*
4500 One Shell Square
New Orleans, LA 70139
Telephone: (504) 581-3234

*Attorneys for Defendant, Wyeth*

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Notice of Removal has been served upon all counsel of record and the 22nd Judicial District Court for the Parish of St. Tammany by placing same in the United States mail, postage prepaid and properly addressed, this 2nd day of June 2008.

*[signature: Ann R. Koppel]*
Ann R. Koppel

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JULIE DEMAHY | * * * |
| | * CIVIL ACTION |
| VERSUS | * NO. _____ |
| | * |
| | * SECTION __ |
| WYETH, INC. D/B/A WYETH, INDIVIDUALLY AND AS SUCCESSSOR IN INTEREST OF A.H. ROBINS COMPANY, INC., SCHWARZ PHARMA, INC., AND ACTAVIS INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST OF PUREPAC PHARMACEUTICAL CO. | * * * * * * * * |
| | * JURY TRIAL REQUESTED |

## CERTIFICATE OF FILING NOTICE OF REMOVAL IN STATE COURT

The undersigned counsel for Defendant Wyeth hereby certify that they will file with the Clerk of the Twenty-Second Judicial District Court for the Parish of St. Tammany, State of Louisiana, a Notice of Filing Notice of Removal, along with a copy of Defendant's Notice of Removal, and the original Citation and Petition in the Action in said court.

Respectfully submitted,

*(signature)*

MARTIN A. STERN, #17154, T.A.
ANN R. KOPPEL, #27252
**ADAMS AND REESE**
*A Professional Limited Liability Partnership*
4500 One Shell Square
New Orleans, LA 70139
Telephone: (504) 581-3234

*Attorneys for Defendant, Wyeth*

7